# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

PRINCETON S. VALLO　　　　　　　　　　　CIVIL ACTION NO. 19-1566-P

VERSUS　　　　　　　　　　　　　　　　　JUDGE S. MAURICE HICKS, JR.

ANDY BUDAI, ET AL.　　　　　　　　　　　MAGISTRATE JUDGE HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Princeton S. Vallo's Complaint (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 7th day of August, 2020.

_____
CHIEF JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE